ACCEPTED
15-25-00008-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/7/2025 11:43 AM
CHRISTOPHER A. PRINE
CLERK

CASE NO. 15-25-00008-CV

IN THE COURT OF APPEALS
FOR THE  FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/7/2025 11:43:01 AM
CHRISTOPHER A. PRINE
Clerk

**LINDA D. TANNER**,

*Appellant*,

v.

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**
*Appellee*.

## APPELLEE'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME

Appellee Texas Health and Human Services Commission, files this unopposed motion requesting an extension of its deadline to file its appellee brief.

This appellate matter concerns an appeal from a final order granting a plea to the jurisdiction. Appellee's current deadline for filing its brief is May 15, 2025.  Appellee requests a 14-day extension to file its brief, thus moving the deadline to May 29, 2025. The undersigned counsel, who is charged with drafting Appellee's brief needs additional time to prepare it because, since returning from medical absence, she has several high-profile cases with demanding deadlines. This is Appellee's first request for an extension of time, and it is not sought for the purpose of delay.

Appellant is unopposed to the requested extension.

1

**Prayer**

For the above reasons, Appellee prays that the Court afford it until May 29, 2025 to file its brief.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/ Griselle Ortiz Astacio*
GRISELLE ORTIZ ASTACIO
State Bar No. 2410322
LAUREN MCGEE
State Bar No. 24132648
Assistant Attorneys General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 475-4200 (Ortiz Astacio)
Griselle.OrtizAstacio@oag.texas.gov
Lauren.McGhee@oag.texas.gov

*Counsel for Appellee,*
*Texas Health and Human Services*
*Commission*

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with Appellant, Linda D. Tanner regarding the relief sought in this motion. Ms. Tanner stated that she was unopposed.

*/ s/ Griselle Ortiz Astacio*
Griselle Ortiz Astacio

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, a true and correct copy of this document was served upon the following persons via electronic filing service.

Linda D. Tanner
2121 Handley Dr., Apt. 51
Fort Worth, TX 76112
lulu143134143@gmail.com

*Appellant Pro Se*

*/ s/ Griselle Ortiz Astacio*
Griselle Ortiz Astacio

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christian Young on behalf of Griselle Ortiz Astacio
Bar No. 24103222
christian.young@oag.texas.gov
Envelope ID: 100543020
Filing Code Description: Motion
Filing Description: HHSC's Motion for Extension
Status as of 5/7/2025 12:05 PM CST

Associated Case Party: LindaDTanner

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LINDA DTANNER | | lulu143134143@gmail.com | 5/7/2025 11:43:01 AM | SENT |

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| GRISELLE ORTIZASTACIO | | Griselle.OrtizAstacio@oag.texas.gov | 5/7/2025 11:43:01 AM | SENT |
| ATTN: LEGAL DEPARTMENT | | legaldepartment@hhsc.gov | 5/7/2025 11:43:01 AM | SENT |

Associated Case Party: JUAN RODRIGUEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| GRISELLE ORTIZASTACIO | | Griselle.OrtizAstacio@oag.texas.gov | 5/7/2025 11:43:01 AM | SENT |
| LAUREN MCGEE | | Lauren.Mcgee@oag.texas.gov | 5/7/2025 11:43:01 AM | SENT |

Associated Case Party: WENDY PROCTOR

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| GRISELLE ORTIZASTACIO | | Griselle.OrtizAstacio@oag.texas.gov | 5/7/2025 11:43:01 AM | SENT |
| LAUREN MCGEE | | Lauren.Mcgee@oag.texas.gov | 5/7/2025 11:43:01 AM | SENT |

Associated Case Party: JULIA MURRAY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| GRISELLE ORTIZASTACIO | | Griselle.OrtizAstacio@oag.texas.gov | 5/7/2025 11:43:01 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christian Young on behalf of Griselle Ortiz Astacio
Bar No. 24103222
christian.young@oag.texas.gov
Envelope ID: 100543020
Filing Code Description: Motion
Filing Description: HHSC's Motion for Extension
Status as of 5/7/2025 12:05 PM CST

Associated Case Party: JULIA MURRAY

| | | | | |
|---|---|---|---|---|
| GRISELLE ORTIZASTACIO | | Griselle.OrtizAstacio@oag.texas.gov | 5/7/2025 11:43:01 AM | SENT |
| LAUREN MCGEE | | Lauren.Mcgee@oag.texas.gov | 5/7/2025 11:43:01 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| SUSAN MILSAPPS | | susan.millsapps@oag.texas.gov | 5/7/2025 11:43:01 AM | SENT |
| Christian Young | | christian.young@oag.texas.gov | 5/7/2025 11:43:01 AM | SENT |